# Exhibit 2

| **City National Rochdale, LLC - Retail Order placement and execution using an Order Execution and Management System**<br><br>**Infringement of the '782 patent** | |
|---|---|
| **Claim 20** | **Evidence** |
| 20. A method comprising: | City National Rochdale performs a method of operating a system for transacting trades.<br><br>For example, City National Rochdale operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities.<br><br>On information and belief, City National Rochdale directly performs each step of the claimed method, including during internal testing of the system described herein. On information and belief, City National Rochdale associates its clients (trading entities) with identifiers (account numbers, usernames) in its own computer systems; City National Rochdale acquires and stores trade history information associated with those identifiers in its own databases; City National Rochdale generates profiles of its clients containing information (including retail investor classification) that indicates whether transactions will generate a profit; and City National Rochdale generates different offers (Retail Orders vs. non-Retail Orders) to different clients based on those clients' profiles, and submits those offers to exchanges for processing.<br><br>Alternatively, to the extent any method steps are performed by exchanges or other entities, City National Rochdale directs or controls the manner or timing of such performance, and/or conditions participation in an activity or receipt of a benefit upon performance of such steps, such that those steps are attributable to City National Rochdale. |

| | |
|---|---|
| | Equities<br>Core Fixed Income<br>Opportunistic Income<br>Real Assets<br>Alternate Investments |

Intelligently personalized® portfolio management begins by providing clients access to a broad spectrum of asset classes and sophisticated investment strategies. Our investment professionals have a thorough understanding of managing equity and fixed income investments, which typically form the foundation of client portfolios. Depending on each client's investment objective, we may complement our selections with those from best-in-class external managers specializing in alternative or unique areas of the market. This disciplined investment process provides opportunity for greater diversification, as each client portfolio is constructed within our strategic allocation framework and then personalized to align with each client's personal goals and risk tolerance.

Source: https://www.cnr.com/what-we-do/our-strategies.html

Our investment teams possess extensive capabilities in equity and fixed income research, allowing us to engineer an asset allocation framework that integrates leading-edge strategies across all asset classes.

Source: https://www.cnr.com/what-we-do/advisors.html

| | |
|---|---|
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by City National Rochdale, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, City National Rochdale provides securities trading services to multiple clients, some of which are individual investors. City National Rochdale provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client.<br><br>On information and belief, City National Rochdale practices the claimed method during internal testing of an order execution and management system that is necessarily implemented on one or more computer systems, including processors, and as such is implemented at least partly in hardware. On information and belief, the web-based client portals shown in the screenshots included herein (e.g., https://login.secure.cnr.com/myRochdale) are served by backend computing infrastructure that includes servers with hardware processors executing the software that processes client requests, maintains account databases, and routes orders. On information and belief, City National Rochdale's web-based securities trading platform could not function without processors implemented in hardware to execute the underlying software applications. On information and belief, City National Rochdale operates or contracts for the operation of data center infrastructure containing computer servers with processors (e.g., Intel, AMD, or ARM-based processors) that execute the order execution and management system software.<br><br>On information and belief, when City National Rochdale creates a client account and assigns an account identifier (e.g., customer number, username), this operation is executed by software running on processors in City National Rochdale's computing infrastructure. The login portal at https://login.secure.cnr.com/myRochdale demonstrates that City National Rochdale maintains a computerized system that associates each client (trading entity) with a unique username identifier, which association is stored in and retrieved from databases operated by processors. |

City National Rochdale Funds

For over 30 years, City National Rochdale has specialized in providing intelligently personalized portfolio management for high-net-worth individuals, families, and institutions. We serve private clients of City National Bank as well as the clients of independent financial advisors with whom we partner. To learn more about our investment management offering please click on visit cnr.com below.

Source: https://www.citynationalrochdalefunds.com/

CNR℠ partners with advisors and their high-net-worth clients to build *Intelligently Personalized®* investment portfolios.

Source: https://www.cnr.com/

| | |
|---|---|
| | **Private Wealth Solutions**<br><br>Resources to help ultra high-net-worth clients and the more complex issues they face<br><br>Source: https://www.cnr.com/what-we-do/advisors.html<br><br>For the highest-net-worth clients, we offer intelligently personalized® services in collaboration with your advisor to support you with the more complex issues you face when your investable assets exceed $10mm.<br><br>Source: https://www.cnr.com/what-we-do/private-wealth-solutions.html |

| | |
|---|---|
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | The system operated by City National Rochdale acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, City National Rochdale provides securities trading services in the form of trading transactions to City National Rochdale' clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier.<br><br>On information and belief, acquisition of trade history information is performed by City National Rochdale's computer systems using processors implemented at least partly in hardware. On information and belief, City National Rochdale's order execution and management system maintains databases storing records of each client's trading transactions, indexed by the client's account identifier. On information and belief, acquisition, storage, and retrieval of this trade history information necessarily requires processors to execute database operations, process transaction records, and associate those records with client identifiers. On information and belief, these database operations are performed by computer servers containing hardware processors located in data centers operated by or on behalf of City National Rochdale. |

| | |
|---|---|
| | **Our Approach**<br><br>Intelligently personalized® portfolio management begins by providing clients access to a broad spectrum of asset classes and sophisticated investment strategies. Our investment professionals have a thorough understanding of managing equity and fixed income investments, which typically form the foundation of client portfolios. Depending on each client's investment objective, we may complement our selections with those from best-in-class external managers specializing in alternative or unique areas of the market. This disciplined investment process provides opportunity for greater diversification, as each client portfolio is constructed within our strategic allocation framework and then personalized to align with each client's personal goals and risk tolerance.<br><br>Source: https://www.cnr.com/what-we-do/our-strategies.html |

| | |
|---|---|
| | For the highest-net-worth clients, we offer intelligently personalized® services in collaboration with your advisor to support you with the more complex issues you face when your investable assets exceed $10mm.<br><br>Source: https://www.cnr.com/what-we-do/private-wealth-solutions.html<br><br>Your portfolio manager oversees every strategic decision, building your client portfolios through detailed efforts to understand and define specific client investment goals, cash flow needs, tax sensitivities, and risk tolerances.<br><br>Source: https://www.cnr.com/what-we-do/advisors.html |
| generating profiles of said trading entities based on | For example, the order execution and management system used by City National Rochdale generates an account for each client. The account is associated with the trading history of that client and includes |

| | |
|---|---|
| said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and | information that indicates if the client is a retail investor. City National Rochdale' order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges.<br><br>On information and belief, City National Rochdale's order execution and management system generates profiles of trading entities based on their trading histories. These profiles contain information indicating whether trading transactions associated with a trading entity would generate a profit. Specifically, on information and belief, City National Rochdale's system generates and maintains client account profiles that include, among other information, the client's classification as a "retail investor" (i.e., a natural person) or as an institutional/non-retail investor. This classification is based on information about the client, including their trading history and account characteristics. The retail investor classification in the profile is information that indicates whether trading transactions would generate a profit. When a client's profile indicates that the client is a retail investor, this information directly indicates that trading transactions executed on behalf of that client will generate a profit.<br><br>On information and belief, City National Rochdale determines, based on client account information and trading history, whether each client qualifies as a retail investor whose orders can be submitted as Retail Orders to exchanges. This determination is stored as part of the client's account profile in City National Rochdale's systems. When City National Rochdale's system processes an order request, it accesses the client's profile to determine the client's retail/non-retail classification, which information indicates whether the transaction will generate the profits described above. |

<table>
<tr>
<td></td>
<td>



Source: https://login.secure.cnr.com/myRochdale
</td>
</tr>
</table>

| | |
|---|---|
| | Private Wealth Solutions<br><br>For the highest-net-worth clients, we offer intelligently personalized® services in collaboration with your advisor to support you with the more complex issues you face when your investable assets exceed $10mm.<br><br>Source: https://www.cnr.com/what-we-do/private-wealth-solutions.html |

| | |
|---|---|
| | When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.<br><br>Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example, under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive "economic benefits" Those benefits include NYSE transaction fee reductions and credits (see amounts from the "New York Stock Exchange Price List 2025" below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

Fees and Credits Applicable to Executions in the Retail Liquidity Program

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market

participants. Therefore, the trading entity's profile, which confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

**NYSE Retail Orders and Retail Liquidity Program**

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

Retail Program

# Overview

Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.

Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.

Source: https://www.iexexchange.io/products/retail-program#resources

**Priority & Pricing**

RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.

Eligible Retail orders and RLP orders trade for free.

Source: https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

| | |
|---|---|
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | For example, City National Rochdale receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>On information and belief, City National Rochdale generates different offers to buy or sell trading items (securities) to different trading entities based on the profiles of individual trading entities. This offer generation is performed using processors implemented at least partly in hardware.<br><br>**NYSE Retail Orders and Retail Liquidity Program**<br><br>**Retail Order Overview**<br><br>A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.<br><br>Source: https://www.nyse.com/markets/liquidity-programs |

**NASDAQ Retail Orders and Retail Liquidity Program**

## Orders

### Retail Order

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

### Retail Price Improvement Order (RPI Order)

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

| | |
|---|---|
| | **Cboe Retail Orders and Retail Liquidity Program**<br><br>Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/ |

**<u>IEX Retail Orders and Retail Liquidity Program</u>**

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source: https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf

| | |
|---|---|
| | |